IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANDREW S. ANDERSEN,

    Plaintiff,

  v.

W. J. WILSON, et al.,

    Defendants.

No. C 12-05297 YGR (PR)

**ORDER GRANTING PLAINTIFF'S REQUEST FOR SECOND EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' DISPOSITIVE MOTION**

Plaintiff has filed a request for a second extension of time in which to file his opposition to Defendants' dispositive motion. Having read and considered Plaintiff's request, and good cause appearing,

IT IS HEREBY ORDERED that Plaintiff's request for a second extension of time is GRANTED. Plaintiff shall file his opposition to Defendants' dispositive motion no later than **March 27, 2014.**

Defendants shall file a reply brief no later than **fourteen (14) days** after the date Plaintiff's opposition is filed.

This Order terminates Docket No. 20.

IT IS SO ORDERED.

DATED:   February 28, 2014

**Y**VONNE **G**ONZALEZ **R**OGERS
**U**NITED **S**TATES **D**ISTRICT **C**OURT **J**UDGE

P:\PRO-SE\YGR\CR.12\Anderson5297.grant2ndEOT-dispmotion.frm