1  KAMALA D. HARRIS
   Attorney General of California
2  THOMAS S. PATTERSON
   Supervising Deputy Attorney General
3  KATHLEEN BOERGERS
   Deputy Attorney General
4  State Bar No. 213530
     1515 Clay Street, 20th Floor
5    Oakland, CA  94612-0550
     Telephone: (510) 622-4453
6    Fax: (510) 622-2270
     E-mail: Kathleen.Boergers@doj.ca.gov
7  *Attorneys for Defendants*
   *Dunstan, Esparza, Frudden, Lusk,*
8  *Spearman, Wilson, and Wynn*

9              IN THE UNITED STATES DISTRICT COURT

10            FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                        SAN JOSE DIVISION

12

13 | ANDREW S. ANDERSEN,            | C 12-5297 BLF (PR)
14 |                                |
15 |                     Plaintiff, | JOINT STIPULATION FOR LIMITED
   |                                | MODIFICATION OF DISCOVERY
16 |        v.                      | STAY AND [PROPOSED] ORDER
17 | W.J. WILSON, et al.,           | Judge:       The Honorable Beth Labson
   |                                |              Freeman
18 |                    Defendants. | Trial Date:  n/a
   |                                | Action Filed: October 12, 2012

19

20     On March 9, 2015, the Court granted Defendants' unopposed motion for a protective order.

21 (ECF No. 63.) The Order stated: "Discovery shall be limited at this time to the issue of the

22 exhaustion of administrative remedies." (*Id.*) Defendants have moved for partial summary

23 judgment on the issue of administrative exhaustion and for dismissal of certain claims. (ECF No.

24 70.) Even if Defendants' motion is granted, however, certain claims and defendants will remain.

25     Accordingly, the parties hereby stipulate to modify the protective order to allow written

26 discovery under the applicable Federal Rules of Civil Procedure and any applicable local rules or

27 court orders, limited to the issues of retaliation and excluding Defendant Spearman.

28

                                                 1

Case5:12-cv-05297-BLF   Document94   Filed09/14/15   Page2 of 2

Dated: ~~August~~ September 11, 2015

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
THOMAS S. PATTERSON
Supervising Deputy Attorney General

*signature*

KATHLEEN BOERGERS
Deputy Attorney General
*Attorneys for Defendants Dunstan, Esparza, Frudden, Lusk, Spearman, Wilson, and Wynn*

Dated: 9/3, 2015

Respectfully submitted,

*signature*

ANDREW ANDERSEN
Plaintiff

## [PROPOSED] ORDER

IT IS SO ORDERED. The protective order is modified to allow written discovery by both parties under the applicable rules pertaining to Plaintiff's claim of retaliation and excluding Warden Spearman.

Dated: Sep 15, 2015

*signature*

HON. BETH LABSON FREEMAN
U.S. District Judge

SF2013406444
90502951.doc

2

Joint Stipulation Limited Modification Disc. Stay & Proposed Order  (C 12-5297 BLF (PR))