UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW S. ANDERSEN,<br><br>    Plaintiff,<br><br>v.<br><br>W. J. WILSON, et al.,<br><br>    Defendants. | Case No. 12-cv-05297-BLF (RMI)<br><br>**REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING** |

A settlement conference was held on January 17, 2018, and the results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

    ( X ) Plaintiff, Andrew S Andersen.

    ( ) Warden or warden's representative

    ( X ) Office of the California Attorney General, Robert Wayne Henkels.

    ( ) Other:

(2) The following individuals, parties, and/or representatives did not appear:

———————————————————————————————————————

(3) The outcome of the proceeding was:

    ( X ) The case has been completely settled.

    ( ) The case has been partially resolved and counsel for defendants shall file a joint stipulation regarding those claims which have been resolved. The issues outlined on the sheet attached remain for this Court to resolve.

///

( ) The parties are unable to reach an agreement at this time.

**IT IS SO ORDERED.**

Dated: January 19, 2018

_____
ROBERT M ILLMAN
United States Magistrate Judge

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW S. ANDERSEN,<br>　　　　Plaintiff,<br>　　v.<br>W. J. WILSON, et al.,<br>　　　　Defendants. | Case No. 12-cv-05297-BLF (RMI)<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 19, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Andrew S. Andersen ID: F-39343
Valley State Prison C4-20-4up
PO Box 96
Chowchilla, CA 93610

Dated: January 19, 2018

　　　　　　　　　　　　　　　　　　　Susan Y. Soong
　　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　　By *[signature: Gloria Knudson]*
　　　　　　　　　　　　　　　　　　　Gloria Knudson, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　Honorable ROBERT M ILLMAN